UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZUMI INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, a Connecticut Corporation, <br><br> Defendant. | No. 22-cv-10004 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial status conference was previously scheduled in this matter for February 3, 2023 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled for 2:30 p.m. on Thursday, February 2, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: January 31, 2023
    New York, New York

                      Ronnie Abrams
                      United States District Judge