UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZUMI INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>      v.<br><br>TWIN CITY FIRE INSURANCE<br>COMPANY, a Connecticut Corporation,<br><br>          Defendant. | No. 22-cv-10004 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As discussed at the initial status conference held today, the parties' respective oppositions to the pending motion for partial summary judgment and motion to dismiss are due on February 3, 2023, and the parties' respective replies on February 17, 2023. Discovery will be stayed pending resolution of the motions, as will entry of a case management plan.

SO ORDERED.

Dated: February 2, 2023
     New York, New York

                       Ronnie Abrams
                       United States District Judge