**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TZUMI INNOVATIONS LLC,

                Plaintiff,

-against-    22 **CIVIL** 10004 (RA)

**JUDGMENT**

TWIN CITY FIRE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 11, 2023, Twin City's motion to dismiss is granted, and Tzumi's motion for partial summary judgement is denied; accordingly, the case is closed.

**Dated:** New York, New York

      August 11, 2023

                                            **RUBY J. KRAJICK**
                                             Clerk of Court

                           **BY:**
                                               **Deputy Clerk**